Muriel B. Kaplan, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABS MANUFACTURERS, INC., et al,<br><br>Defendants. | Case No.: C13-2275 MMC<br><br>**PLAINTIFFS' REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE;**<br>**[PROPOSED] ORDER THEREON**<br><br>Date:  November 15, 2013<br>Time:  10:30 a.m.<br>Location:  450 Golden Gate Ave.<br>  San Francisco<br>Courtroom:  7, 19th Floor<br>Judge:  Honorable Maxine M. Chesney |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for November 15, 2013, be vacated, or continued for approximately thirty (30) days to coincide with the hearing on Plaintiffs' Motion for Default Judgment currently scheduled for December 13, 2013. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on May 20, 2013. The Defendant was served on May 29, 2013, and a Proof of Service of Summons was filed with the Court on June 13, 2013. (Dkt. #9). Defendant failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendant on July 1, 2013. (Dkt. #12). Defendant was duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on July 2, 2013. (Dkt. #13).

2. The Court continued the previous Case Management Conference to allow time for Plaintiffs to make a final attempt to contact Defendant and if, unsuccessful, to prepare and file a

1  Motion for Default Judgment.

2  3.  Plaintiffs' counsel's final attempt to contact Defendant concerning resolution of this
3  matter was unsuccessful, and Plaintiffs filed a Motion for Default Judgment on November 1, 2013,
4  with the hearing scheduled for December 13, 2013.

5  3.  Accordingly, Plaintiffs respectfully request that the Case Management Conference
6  currently scheduled for November 15, 2013, be vacated, or continued for approximately thirty (30)
7  days to coincide with the hearing on Plaintiffs' Motion for Default Judgment currently scheduled
8  for December 13, 2013.

9  4.  There are no issues that need to be addressed by the parties at the currently scheduled
10 Case Management Conference.  In the interest of conserving costs as well as the Court's time and
11 resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case
12 Management Conference.

13 I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
14 entitled action, and that the foregoing is true of my own knowledge.

15 Executed this 5th day of November 2013, at San Francisco, California.

16 SALTZMAN & JOHNSON
   LAW CORPORATION
17

18 By:  /S/
   Erica J. Russell
19 Attorneys for Plaintiffs

20 IT IS SO ORDERED.

21 The currently set Case Management Conference is hereby ~~vacated, or~~ continued to
22 __January 24, 2014_____ at __10:30 am_____, and all previously set deadlines and
23 dates related to this case are ~~vacated~~/continued accordingly.

24 Date: __November 8, 2013___       _____
25                                  UNITED STATES DISTRICT COURT JUDGE

26

27

28