Muriel B. Kaplan, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

**DENIED***
*Maxine M. Chesney*
Judge Maxine M. Chesney

* Counsel is hereby DIRECTED to appear at 9:00 am on December 13, 2013 for the hearing on plaintiffs' Motion for Default Judgment.
Dated: December 10, 2013

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABS MANUFACTURERS, INC., et al., <br><br> Defendant. | Case No:  C13-2275 MMC <br><br> **REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING; DECLARATION OF ERICA J. RUSSELL IN SUPPORT THEREOF;** <br><br> **[PROPOSED] ORDER THEREON** <br><br> Date:    December 13, 2013 <br> Time:   9:00 a.m. <br> Ctrm:   7, 19th Floor <br>            450 Golden Gate Avenue <br>            San Francisco, California 94102 <br> Judge:  The Honorable Maxine M. Chesney |

I, Erica J. Russell, declare:

1.  I am an attorney at law licensed to practice in the State of California, and am an associate of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.

2.  I submit this Declaration in support of Plaintiffs' pending Motion for Default Judgment against Defendant, filed on November 1, 2013.

3.  I am requesting that the Motion for Default Judgment be granted based on the papers without the necessity of a hearing, and that the hearing date presently set for December 13, 2013 at 9:00 a.m. before the Honorable Maxine M. Chesney, be vacated.

4.  The Notice of Motion and Motion for Default Judgment were served upon Defendant by first class mail on November 1, 2013, and thus Plaintiffs have exercised due

1. diligence. Defendant's deadline for filing any Opposition to the Motion for Default Judgment by November 15, 2013 has passed, and Defendant has not made an appearance in this matter.

5. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Motion for Default Judgment be ruled on the papers without the necessity of a hearing, particularly in light of the fact that collection is uncertain. As attorneys' fees and costs are "out of pocket," Plaintiffs are attempting to keep fees (and thus the Trust Funds' loss) at a minimum.

6. ABS Manufacturers, Inc., as a corporate Defendant, is not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 22nd day of November 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Erica J. Russell
Attorneys for Plaintiffs

IT IS SO ORDERED.

BASED ON THE FOREGOING and GOOD CAUSE APPEARING, Plaintiffs' Motion for Default Judgment is GRANTED, and the hearing or said Motion, presently set for December 13, 2013 at 9:00 a.m., before the Honorable Maxine M. Chesney, is hereby vacated.

Dated: _____    _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE