IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ABS MANUFACTURERS, INC.,<br><br>　　　　Defendant. | No. C 13-2275 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　In light of the pending Motion for Default Judgment, the Case Management Conference currently set for January 24, 2014, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 17, 2014

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge