IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.,

       Plaintiffs,

  v.

ABS MANUFACTURERS, INC.,

       Defendant.

No. CV- 13-2275 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. Plaintiff shall have judgment against defendant in the total amount of $134,095.89, such amount comprising delinquent contributions in the amount of $93,385.95, liquidated damages in the amount of $18,677.19, prejudgment interest in the amount of $10,255.71, attorney's fees in the amount of $11,260.00, and costs in the amount of $517.04.

    2. The portion of the judgment representing delinquent contributions shall bear interest at the rate of eight percent per annum, and in all other respects the judgement shall bear interest at the statutory rate.

Dated: February 24, 2014

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk